UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN THE MATTER OF THE CRIMINAL COMPLAINT
AND ARREST WARRANT FOR
CHRISTOPHER KOSICKI

NO. 3:14-mj-476

FILED
VANESSA L. ARMSTRONG, CLERK
SEP 26 2014
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## MOTION

Comes the United States of America, by counsel, David J. Hale, United States Attorney for the Western District of Kentucky, and moves the Court for an Order sealing all affidavits, applications, orders, and material relating to the herein matter dated September 25, 2014, because the investigation is ongoing. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

Respectfully submitted,

DAVID J. HALE
United States Attorney

*/s/ Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney